**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(MARSHALL DIVISION)**

| | |
|---|---|
| **BRANDON PRICE, AL AGUIRRE, JON HOLIDAY, REGINALD WINTERS and DENISE WILBANKS** on Behalf of Themselves and All Others Similarly Situated, | |
| Plaintiffs, | Case No. 2:08-cv-329 |
| v. | COLLECTIVE ACTION |
| **TALASCEND, INC., EPCGLOBAL, f/k/a EPCJOBS (U.S.) OPERATIONS, INC., d/b/a EPCGLOBAL (collectively refered herein as "EPCglobal"),** | |
| Defendants. | |

**AGREED ORDER APPROVING AMENDMENT**

The Court, having considered the Joint Motion for Approval of Amendment to Settlement, and the arguments concerning the same is of the opinion the Motion should be and hereby is GRANTED.

SIGNED this 30th day of March, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE